Trustee Name, Address, Phone, Fax, Email:
Howard M. S. Hu
Chapter 13 Trustee
1132 Bishop Street, 301
Honolulu, HI 96813
Telephone: (808) 526-3083
Fax: (808) 531-8844
Email: CHAPT13HI@AOL.COM

For court use only

FILED
U.S. BANKRUPTCY COURT
DISTRICT OF HAWAII
2010 NOV 18 A 11:12
MICHAEL B. DOWLING
CLERK OF COURT

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**

Case No.: **05-03179**

In re:

**CHARLES DAVID STEPHENS**
**BELINDA MARIE MONTGOMERY-STEPHENS**

Debtor(s).

Chapter: **13**

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

The following funds are paid into the court pursuant to Fed. R. Bankr. P. 3011:
This payment represents funds remaining unpaid on the claims(s) listed below. **$ 139.46**

| Claim No. | Claimant Name & Address | Claim Amount | Check Amount |
|---|---|---|---|
| **006** | CHEVRON CREDIT BANK NA<br>2001 DIAMOND BLVD<br>P.O. BOX 5010/SECTION 230<br>CONCORD, CA 94524-0010 | **$ 1,420.44** | **$ 139.46** |
| | | $ | $ |
| | | $ | $ |

[*Attach continuation sheets if necessary.*]

Date: November 15, 2010

/s/ ______________________
Trustee

hib_3011 5/05